UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-80 (RJL) |
| v. | : | |
| IRAIDA FUENTES, | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF APPEARANCE AND ASSIGNMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Louis Ramos at telephone number (202) 305-2195 and/or email address Louis.Ramos@usdoj.gov. Please also consider this as Assistant United States Attorney Louis Ramos's Notice of Appearance in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
LOUIS RAMOS
Assistant United States Attorney
Federal Major Crimes,
555 4th Street, NW, Room 4243
Washington, DC 20530
(202) 305-2195