IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   : | |
| v.   : | 07-CR-80 (RJL) |
| IRAIDA FUENTES,   : | |
| Defendant.   : | |

**UNOPPOSED MOTION FOR PRE-PLEA
CRIMINAL HISTORY CALCULATION AND TO VACATE TRIAL DATE**

Ms. Iraida Fuentes, the defendant, through undersigned counsel, respectfully moves this Honorable Court to issue the attached proposed Order, directing the United States Probation Office to prepare a report of Ms. Fuentes's criminal history calculation under the United States Sentencing Guidelines and directing that the May 31, 2007, trial date is vacated. In support of this motion, counsel states:

1. The government has extended two alternative plea offers to Ms. Fuentes. Ms. Fuentes plans to accept one of the offers. However, in order to adequately advise Ms. Fuentes with regard to which offer to except, counsel must be certain of Ms. Fuentes's prior criminal record.

2. In order to ensure that counsel has all of the necessary information relating to Ms. Fuentes's record, the defense respectfully requests that the Court order the Probation Office to prepare the criminal history portion of the Presentence Investigation Report before Ms. Fuentes chooses which plea to accept.

3.     Counsel's understanding is that the Probation Office requires approximately 30 days to prepare such a report. Therefore, counsel requests that the Court vacate the current trial date, May 31, 2007, and schedule a status date 30 days after the date of the proposed Order.

4.     On May 10, 2007, Assistant United States Attorney Donnell Turner represented to undersigned counsel that the government does not oppose this motion.

WHEREFORE, for the foregoing reasons, Ms. Fuentes respectfully moves this Honorable Court to issue the attached proposed Order.

>                    Respectfully submitted,
>
>                         /s/
>                    _____
>                    MARY MANNING PETRAS
>                    Assistant Federal Public Defender
>                    625 Indiana Avenue, N.W.
>                    Suite 550
>                    Washington, D.C. 20004
>                    (202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| v. | : | 07-CR- 80 (RJL) |
| **IRAIDA FUENTES,** | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the defendant's Unopposed Motion for Pre-Plea Criminal History Calculation and to Vacate Trial Date, and finding good cause shown, it is this \_\_ day of May, 2007, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the United States Probation Office shall prepare a report of Ms. Fuentes's criminal history; and it is further

ORDERED that the May 31, 2007, trial date is vacated; and it is further

ORDERED that a status hearing in this matter is scheduled for _____.

_____
THE HONORABLE RICHARD J. LEON
U.S. DISTRICT JUDGE