UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 0780 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **IRAIDA FUENTES,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Louis Ramos, at telephone number **(202) 305-2195** and/or email address **Louis.Ramos@usdoj.gov.** **Louis Ramos**, will substitute for Assistant United States Attorney **Donnel W. Turner**, as counsel for the United States.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney


        _____/s/_____
        **Louis Ramos**
        **Assistant United States Attorney**
        **Federal Major Crimes,**
        **555 4th Street, NW, Room 4243**
        **Washington, DC 20530**
        **(202) 305-2195**