CO-526
(12/86)

FILED

JUL 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            )
                                    )
                                    )
          vs.                       )   Criminal No. 07-080
                                    )
     Iraida Fuetes                  )
                                    )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Iraida Fuentes
Defendant

_____
Counsel for defendant

I consent:

_____
Asst. United States Attorney

Approved:

_____
Judge