FILED
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL No.: 07-080 (RJL) |
| § | |
| IRAIDA FUENTES, § | |
| § | |
| Defendant. § | |

## STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Iraida Fuentes (hereinafter "Defendant"), hereby submit this Statement of the Offense. The essential elements of the offense of Unlawful Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii), each of which the Government must prove beyond a reasonable doubt, are:

1. That Defendant possessed <u>500 grams or more</u> of cocaine;

2. That such possession was knowing and intentional, and not the result of any mistake, accident, or inadvertence; and

3. That, at the time Defendant possessed the cocaine, Defendant had the specific intent to distribute it to other individuals.

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on February 20, 2007, a confidential source, working with members of Metropolitan Police Department, placed a phone call to Defendant and arranged to purchase from Defendant two kilograms of cocaine powder for $44,000. Under the agreement, the drug transaction was to take place between Defendant and a third party in the District of Columbia. After Defendant

agreed to sell the drugs, the source drove an unmarked MPD vehicle to Defendant's residence in Maryland and picked her up, then brought her back to the District, where the drug transaction was to take place. Defendant entered the vehicle carrying a black handbag, ~~which she placed on the right rear floorboard upon getting inside the car.~~ The source then drove Defendant to a parking lot at 212 Riggs Road, N.E., Washington, D.C., where the sale of cocaine was supposed to occur. Instead, MPD officers driving a marked police cruiser initiated a traffic stop on the vehicle. Defendant was subsequently placed under arrest, and a search of her handbag on the rear floorboard revealed a brick of approximately one kilogram of cocaine powder inside. Also inside the handbag were the birth certificates of two small children that listed Defendant as the mother. The vehicle driven by the source was equipped with audio and video recording equipment that captured his interaction with Defendant inside the car. In addition, from the time that the source drove to Maryland to pick up Defendant until her arrest, police officers who were conducting surveillance observed the incident. A subsequent chemical analysis by the Drug Enforcement Administration revealed that Defendant possessed a total of 998.5 grams of cocaine on February 20, 2007.

      This Statement of the Offense is a summary of Defendant Iraida Fuentes's participation in the offense of Unlawful Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii), and is not intended to be a complete accounting of all facts and events related to the offense. The limited purpose of this Statement of the Offense is to demonstrate that a factual basis exists to support Defendant's guilty plea in this case.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney

By:       */s/ Donnell W. Turner*
                Donnell W. Turner
                Assistant United States Attorney
                United States Attorney's Office
                555 Fourth Street, N.W., Room 4235
                Washington, D.C. 20530
                (202) 305-1419

## DEFENDANT'S ACKNOWLEDGMENT

I have read the attached three-page factual proffer and have discussed it with my attorney, Mary Petras, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 7-23-07                                       *Iraida Fuentes*
                                                    Iraida Fuentes
                                                    Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 7/23/07                                       *Mary Petras*
                                                    Mary Petras, Esq.
                                                    Attorney for Defendant