# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-080 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **IRAIDA FUENTES,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Louis Ramos, at telephone number (202) 305-2195 and/or email address Louis.Ramos@usdoj.gov . Louis Ramos will substitute for Assistant United States Attorney Abby Donnell Turner as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
LOUIS RAMOS
Assistant United States Attorney
Federal Major Crimes Section,
555 4th Street, NW, Room 4243
Washington, DC 20530
(202) 305-2195
Louis.Ramos@usdoj.gov

Case 1:07-cr-00080-RJL    Document 14    Filed 08/02/2007    Page 2 of 2