HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**CCT 2 6 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Docket No.: 07-080-01** |
| | : | |
| vs. | : | SSN: N/A |
| | : | |
| FUENTES, Iraida | : | Disclosure Date: September 7, 2007 |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

(   )     There are no material/factual inaccuracies therein.

(   )     There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                      Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

(   )     There are no material/factual inaccuracies therein.

( ✓ )     There are material/factual inaccuracies in the PSI report as set forth in the attachment.

Iraida Fuentes 09-13-07 .          _____ 9-21-07
Defendant          Date                        Defense Counsel                Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **September 21, 2007**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By: Gennine A. Hagar, Acting Chief
United States Probation Officer

**FEDERAL PUBLIC DEFENDER**

DISTRICT OF COLUMBIA

SUITE 550

625 INDIANA AVENUE, N.W.

WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

September 21, 2007

Telephone (202) 208-7500
FAX (202) 208-7515

Kathie McGill
United States Probation Officer
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    United States v. Iraida Fuentes
       07-CR-080-01

Dear Ms. McGill:

I write on behalf of my client, Iraida Fuentes, to submit the following corrections to the Presentence Investigation Report prepared in the above referenced case.

In paragraph 30, please note that Juan Esteban Geronimo is not the father of any Ms. Fuentes's children. William Estuardo Aguilar Aldma is the father of her son, Joseph Armando Fuentes. Lavar Carison is the father of her son Jinmar Isaa Fuentes. Osmin Ramos is the father of her daughter, Ashley Janelle Fuentes.

In paragraph 32, please note that (1) Joseph Armando Fuentes was born on June 3, 2003, not July 3, 2003; (2) Mr. Javier's aunt, not his sister, cares for Dillani; and (3) this is the first time that her children have been separated *from her*.

In paragraph 33, please note that it is the work permit renewal process that Mrs. Fuentes began prior to her incarceration, not a citizenship application.

Thank you for considering these corrections. Please let me know if you have any questions.

Sincerely,

Mary Manning Petras

cc: AUSA Louis Ramos